JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. GIBSON,<br>　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL, *Acting Commissioner of Social Security*,<br>　　　Defendant. | Case No. ED CV 16-1293 JCG<br>**JUDGMENT** |

　　IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED:　January 10, 2018

_____
Hon. Jay C. Gandhi
United States Magistrate Judge